| | |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar #074414) |
| | JENNIFER L. STENEBERG (State Bar #202985) |
| 2 | THOMAS E. FRANKOVICH |
| | *A PROFESSIONAL LAW CORPORATION* |
| 3 | 2806 Van Ness Avenue |
| | San Francisco, CA  94109 |
| 4 | Telephone:   415/674-8600 |
| | Facsimile:   415/674-9900 |
| 5 | |
| 6 | Attorneys for Plaintiffs |
| | MARSHALL LOSKOT |
| 7 | and DISABILITY RIGHTS |
| | ENFORCEMENT, EDUCATION |
| 8 | SERVICES: HELPING YOU |
| | HELP OTHERS |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>          Plaintiffs,<br><br>v.<br><br>HARBOR INN & SUITES; CALIFORNIA JAI SHRI HOTEL GROUP, LLC, a California limited liability company; and CHHAGANBHAI R. PATEL and HEMLATABEN C. PATEL, as Co-Trustees of The Patel Family Trust, dated February 26, 2002,<br><br>          Defendants.<br>_____ | **CASE NO. 2:03-cv-02189 MCE DAD**<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.

1  *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to
2  retain jurisdiction over enforcement of settlement agreements).
3      Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
4  their designated counsel that the above-captioned action be and hereby is dismissed with
5  prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).
6      This stipulation may be executed in counterparts, all of which together shall constitute
7  one original document.

8  Dated: May 31, 2007      THOMAS E. FRANKOVICH,
                                      *A PROFESSIONAL LAW CORPORATION*

                                      By:    /s/ Jennifer L. Steneberg
                                            Jennifer L. Steneberg
                                      Attorneys for Plaintiffs MARSHALL LOSKOT and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS

Dated: May 23, 2007      THAYER, HARVEY, GREGERSON, HADBERG & JACKSON

                                      By:    /s/ Dale H. Thayer
                                          Dale H. Thayer
                                      Attorneys for Defendants CHHAGANBHAI R. PATEL and HEMLATABEN C. PATEL

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: June 4, 2007

                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE